**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WATSON BROTHERS TRANSPORTATION COMPANY, Inc.**

No. 453.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Webb, Beber, Klutznick & Kelley, of Omaha, Neb., for respondent.

PER CURIAM.

Order of National Labor Relations Board modified, and as modified affirmed and enforced, pursuant to consent of parties.

**Albert E. SMITH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8452.

Circuit Court of Appeals, Sixth Circuit.

Nov. 10, 1939.

Albus & Greaney, of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon reading the stipulation made and entered into by the above named parties, through their respective attorneys, and filed in this court, and in accordance with said stipulation,

It is now ordered by this Court that the above and foregoing proceeding be, and the same is hereby, remanded to the said Board of Tax Appeals for further proceedings in accordance with the Provisions of Section 214 of the Revenue Act of 1939

And it is further ordered by this Court that the mandate in this cause issue forthwith to the said Board of Tax Appeals.

**NEW YORK CREDIT MEN'S ASSOCIATION, Appellee, v. Jack HASENBERG, Appellant.**

No. 55.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1939.

Wegman & Climenko, of New York City (Jesse Climenko, of New York City, of counsel), for appellant.

J. Jacob Hahn and Hahn & Golin, all of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order, 26 F.Supp. 877, affirmed.

**Winifred RIEBER, Plaintiff-Appellee, v. LIBERTY MUSIC SHOPS, Inc., and Frank L. FLYNN, Defendants-Appellants.**

No. 70.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1939.

William J. McArthur and William Rochkind, both of New York City (William B. Shelton, of New York City, of counsel), for appellants.

Lorenz & Lorenz, of New York City (Joseph Lorenz, of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.